**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re: Augustine Marfo                )
                                       )        Chapter 13
    Debtor                             )        Judge Barnes
                                       )        Case # 20-01092

To:
**By Mail, See Attached Service List**
**By Electronic Notice, Trustee Marilyn Marshall, courtdocs@chi13.com**
    **US Trustee Patrick S Layng, USTPRegion11.es.ecf@usdoj.gov**

**NOTICE OF MOTION**

Please take notice that on **February 24, 2022 at 1:30 p.m.** I shall bring the above motion for hearing before Judge Barnes, or whomever is sitting in Judge Barnes' stead, for a telephonic appearance.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted.

**To appear and be heard on the motion**, you must do the following: To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password. Meeting ID and password.

**The meeting ID for this hearing is** 161 329 5276 and the password is 433658.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**Certification**

I certify that the motion and notice of motion were served by mail to the parties listed on the attached service list by depositing copies in envelopes addressed to each party with proper postage in the United States mail on February 17, 2022 and by electronic notice through ECF at the above email address on February 17, 2022.

                                            _____/s/ David Gallagher_____

                                            One of Attorneys for Debtor
                                            Gleason and Gleason
                                            77 W Washington, Suite 1218
                                            Chicago, IL 60602
                                            Ph: (312) 578-9530

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-01092<br>Northern District of Illinois<br>Eastern Division<br>Thu Jul 29 10:52:59 CDT 2021 | (p)ATLAS ACQUISITIONS LCS<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | JPMorgan Chase Bank, National Association<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT & T Mobility<br>Attn: Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 |
| Aargon Agncy<br>8668 Spring Mountain Rd<br>Las Vegas, NV 89117-4132 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | American Service Insurance<br>Spilotro Law Group<br>2551 N Clark #300<br>Chicago, IL 60614-7732 |
| Arnold Scott Harris<br>111 W. Jackson Ste 400<br>Chicago, IL 60604-4135 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citation Processing Center Evanston<br>PO Box 3214<br>Milwaukee, WI 53201-3214 | City of Chicago<br>Attn: Mayor Rahm Emanuel<br>121 N LaSalle, #507<br>Chicago, IL 60602-1208 |
| City of Chicago - Dept of Finance<br>Administrative Hearings<br>121 N LaSalle St 107A<br>Chicago, IL 60602-1232 | City of Chicago Corporation Counsel<br>Attn: Stephen Patton<br>30 N LaSalle St, Room 700<br>Chicago, IL 60602-2503 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 |
| City of Chicago Dept of Business Af<br>121 N LaSalle #800<br>Chicago, IL 60602-1237 | City of Chicago Dept of Law<br>Attn: Charles King<br>121 North LaSalle Street, Suite 600<br>Chicago, IL 60602-1244 | City of Evanston<br>2100 Ridge Ave<br>Evanston, IL 60201-2700 |
| ComEd<br>Attn Bankruptcy<br>PO Box 805379<br>Chicago, IL 60680-4179 | ComEd Attn: Bkcy Group<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181-4204 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 |
| Convergent Outsourcing, Inc.<br>10750 Hammerly Blvd, #200<br>Houston, TX 77043-2317 | ER Solutions<br>PO Box 9004<br>Renton, WA 98057-9004 | Goldman and Grant<br>205 W Randolph, Ste 1100<br>Chicago, IL 60606-1813 |
| Illinois Bell Telephone Company<br>c/o AT&T, Karen Cavagnaro Paralegal<br>1 AT&T Way, Rm 3A104<br>Bedminster, NJ 07921-2693 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois Dept of Employment Securit<br>Bankruptcy Unit Collection Subdivis<br>33 S State St 10th Floor<br>Chicago, IL 60603-2808 |

```
Illinois Tollway Authority          Internal Revenue Service           LVNV Funding, LLC
Attn: Legal Dept                    PO Box 7346                        Resurgent Capital Services
2700 Ogden Ave.                     Philadelphia, PA 19101-7346        PO Box 10587
Downers Grove, IL 60515-1703                                           Greenville, SC 29603-0587


Mid America Bank & Trust            Nicor Gas                          Nicor Gas Co.
PO Box 89725                        Attention: Bankruptcy Department   1844 Ferry Road
Sioux Falls, SD 57109-9725          PO Box 549                         Naperville, IL 60563-9600
                                    Aurora, IL 60507-0549


Northshore Health Centers           (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Quantum3 Group
PO Box 1430                         PO BOX 41067                       PO Box 788
Portage, IN 46368-9230              NORFOLK VA 23541-1067              Kirkland, WA 98083-0788


Quantum3 Group as agent for         Santander Consumer USA             Secretary of State
Wollemi Acquisitions LLC            8585 N Stemmons Fwy, Ste 1100N     Attn: Safety & Financial Resp
Kirkland, WA 98083                  Dallas, TX 75247-3822              2701 S Dirksen Pkwy
                                                                       Springfield, IL 62723-0002


(p)SPRINGLEAF FINANCIAL SERVICES    (p)SPRINT                          The Illinois Tollway
P O BOX 3251                        C O AMERICAN INFOSOURCE            PO Box 5544
EVANSVILLE IN 47731-3251            4515 N SANTA FE AVE                Chicago, IL 60680-5491
                                    OKLAHOMA CITY OK 73118-7901


Verizon                             Village of Skokie                  Augustine K Marfo
by American InfoSource as agent     5127 Oakton Street                 1210 N Hartrey Ave
4515 N Santa Fe Ave                 Skokie, IL 60077-3600              Evanston, IL 60202-1037
Oklahoma City, OK 73118-7901


David Gallagher                     Julie M Gleason                    Marilyn O Marshall
Gleason and Gleason                 Gleason & Gleason LLC              224 South Michigan Ste 800
77 W Washington St                  77 W Washington Suite 1218         Chicago, IL 60604-2503
1218                                Chicago, IL 60602-3246
Chicago, IL 60602-3246


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Atlas Acquisitions LLC              (d)Atlas Acquisitions LLC          (d)Atlas Acquisitions LLC
294 Union St.                       294 Union St                       294 Union St.
Hackensack, NJ 07601                Hackensack, NJ 07601               Hackensack, NJ 07601
```

| | | |
|---|---|---|
| CEP AMERICA ILLINOIS LLP<br>WAKEFIELD & ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE, TN 37950-0250 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| (d)Illinois Department of Revenue<br>Bankruptcy Section, P.O. Box 19035<br>Springfield, IL 62794-9035 | (d)JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn Correspondence Mail<br>700 Kansas Lane<br>Monroe LA 71203 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank, N.a.<br>POB 41067<br>Norfolk VA 23541 |
| Springleaf Financial<br>PO Box 3251<br>Evansville, IN 47731 | Sprint<br>Attn: Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients     0<br>Total                  51 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| In Re: Augustine Marfo ) | |
| ) | Chapter 13 |
| Debtor ) | Judge Barnes |
| ) | Case # 20-01092 |

**MOTION TO APPROVE SETTLEMENT**

Now comes Counsel for Augustine Marfo David Gallagher of Gleason and Gleason, and respectfully states:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. That Debtor filed the above captioned case under section 13 of the Bankruptcy Code on January 14, 2021.

3. That Debtor's case was confirmed on October 1, 2020.

4. That Debtor's confirmed plan calls for payments of $1,100.00 per month for 60 months with not less than a 35% dividend to unsecured creditors.

5. That Debtor hired an attorney for a car accident he was in pre-filing.

6. The Debtor is seeking approval to receive $6,000.00 from the last of his personal injury settlement from his car accident case.

7. The Debtor has exempted the full $15,000.00 personal injury exemption on his schedules.

WHEREFORE, Debtor prays that this court enter an order allowing debtor to receive $6,000.00 from his case and any further relief as the Court deems just and necessary.

        Respectfully Submitted,

        */s/ David Gallagher*
        One of Attorneys for Debtor
        Gleason and Gleason
        77 W. Washington, Suite 1218
        Chicago, IL 60602
        Ph (312) 578-9530
        David Gallagher #6295024